UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
AMERICAN CASUALTY COMPANY OF
READING, PENNSYLVANIA,

                        Plaintiff,                ORDER

v.

                                              No. 21-CV-11011 (PMH)

NXK CORP, INC.,

                        Defendant.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      On January 27, 2022, a Clerk's Certificate of Default was issued as to the defendant NXK Corp, Inc. (Doc. 13). A Notice of Appearance was filed by counsel on behalf of NXK Corp., Inc. on February 2, 2022 (Doc. 14), and no other activity has occurred on this docket since then. Accordingly, Plaintiff is directed to submit a letter to the Court via ECF concerning the status of this action by March 11, 2022.

SO-ORDERED:

Dated: White Plains, New York
           March 1, 2022

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge